IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CANADA, | 1:08-cv-01442-GSA (PC) |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS |
| vs. | |
| DERRAL G. ADAMS, et al. | |
| Defendants. | (Doc. 3) |

On September 23, 2008, Plaintiff Ronald Canada ("Plaintiff") filed a complaint but did not pay the $350.00 filing fee or file an application to proceed in forma pauperis. On September 30, 2008, the Court issued an order requiring Plaintiff to either pay the filing fee or file an in forma pauperis application within forty-five days. Plaintiff was warned that dismissal would result if he failed to comply with the order. More than four months have passed and Plaintiff has not complied with or otherwise responded to the Court's order.

Either payment of the filing fee or submission of a completed application to proceed in forma pauperis is required to institute a civil action. 28 U.S.C. §§ 1914(a), 1915(a). Accordingly, this action is HEREBY DISMISSED, without prejudice, for failure to pay the filing fee or file an application to proceed in forma pauperis.

IT IS SO ORDERED.

Dated: __February 9, 2009__          ____/s/ Gary S. Austin____
                                      UNITED STATES MAGISTRATE JUDGE